IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MARTIN WASHINGTON, on behalf of himself and others similarly situated, | : : : : : : : : : | 2:24-cv-06201-CGC |
| Plaintiff, | | |
| v. | | |
| MIL-SPEC SAFETY & SECURITY, LLC, | | |
| Defendant. | | |

**ACCEPTANCE OF OFFER OF**
**JUDGMENT AS TO 8 PLAINTIFFS**

Plaintiffs Kysis Anderson, Shania Beuford-Johnson, Manning Brown, Ciara Hayes, Sean Kershaw, Brian McDuffie, Tyreese Stevens, and Nathan Torres, pursuant to Federal Rule of Civil Procedure 68(a), hereby **ACCEPT** the attached Offer of Judgment. Plaintiffs request that the Clerk enter judgment in favor of these **8 Plaintiffs** and against Defendant Mil-Spec Safety & Security, LLC in the total, combined, and aggregate amount of $4,700.00 *inclusive* of all attorney's fees and costs specifically attributable to Plaintiffs' counsel's representation of these 8 Plaintiffs. The $4,700.00 is allocated to the 8 Plaintiffs and their counsel as follows:

>Kysis Anderson - $504.00
>Shania Beuford-Johnson - $86.00
>Manning Brown - $578.00
>Ciara Hayes - $300.00
>Sean Kershaw - $738.00
>Brian McDuffie - $393.00
>Tyreese Stevens - $250.00
>Nathan Torres - $463.00
>Winebrake & Santillo, LLC - $1,388.00

**PLEASE NOTE:** The Court should **not** close this action because the accompanying Offer of Judgment does not cover Originating Plaintiff Marvin Washington and several additional Opt-In Plaintiffs. These individuals will continue to litigate the action.

Dated: November 20, 2025					Respectfully submitted,

 

/s/ Peter Winebrake
_____
Peter Winebrake
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491 Ext.1
pwinebrake@winebrakelaw.com

*Plaintiffs' Counsel*