IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN WASHINGTON, *on behalf of himself and others similarly situated,* | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 24-6201 |
| v. | : : | |
| MIL-SPEC SAFETY & SECURITY, LLC, | : : | |
| Defendant. | : | |

## ORDER

AND NOW, this 24th day of November, 2025,

IT IS HEREBY ORDERED that counsel for the plaintiff shall provide a joint status report addressing the status of settlement on or before December 12th, 2025. The report should be emailed to my chambers at

chambers_of_magistrate_judge_caroline_goldner_cinquanto@paed.uscourts.gov.

BY THE COURT:


*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE