IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN WASHINGTON, | : | CIVIL ACTION |
| *on behalf of himself and others similarly situated* | : | |
| | : | |
| v. | : | |
| | : | |
| MIL-SPEC SAFETY & SECURITY, LLC | : | NO. 24-6201 |

## O R D E R

AND NOW, this 6th day of January, 2026, Plaintiffs having reported that they have accepted Defendants' Offers of Judgment (Docs. 39 & 42), IT IS HEREBY ORDERED that JUDGMENT IS ENTERED in favor of Plaintiffs in the amounts specified in the Offers of Judgment (Docs. 39-1 and 42 at 3). IT IS FURTHER ORDERED that the Clerk shall mark this case closed.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.